[No. 8821–5–II.  Division Two.  June 8, 1987.]

RICHARD STIDD, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–2–00074–8, Frank E. Baker, J. Pro

Tem., entered April 30, 1985. *Reversed with instructions* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Buckner and Goodloe, JJ. Pro Tem.